**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY LEWIS JUDGE, | NO. ED CV 18-0083-SVW(E) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| WEST VALLEY DETENTION CENTER, et al., | |
| Defendants. | |

**BACKGROUND**

Plaintiff, an inmate at the North Kern State Prison, filed this civil rights action on January 12, 2018, accompanied by a Request to Proceed Without Prepayment of Filing Fees. On January 18, 2018, the Court granted Plaintiff's Request to Proceed Without Prepayment of Filing Fees pursuant to the in forma pauperis ("IFP") statute, 28 U.S.C. section 1915.

Subsequent sua sponte review of the dockets of this Court suggested that Plaintiff might not be entitled to proceed IFP in this

action.  Under the Prison Litigation Reform Act, Pub L. No. 104-134, 110 Stat. 1321 (1996), a prisoner may not bring a civil action IFP if, on three (3) or more previous occasions, the prisoner has brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous or malicious or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).[1]

On January 24, 2018, the Magistrate Judge issued an Order to Show Cause, ordering Plaintiff to show cause in writing, if there be any, why Plaintiff's IFP status should not be revoked on the ground that Plaintiff had suffered three or more dismissals qualifying as "strikes" under 28 U.S.C. section 1915(g).  On February 2, 2018, Plaintiff filed a document titled "Show Cause Order, etc.," constituting Plaintiff's Response to the Order to Show Cause.

On February 23, 2018, the Court issued an "Order Revoking Plaintiff's In Forma Pauperis Status."  The February 23 Order revoked Plaintiff's IFP status pursuant to 28 U.S.C. section 1915(g) on the grounds that:  (1) Plaintiff had suffered three or more prior dismissals constituting "strikes" within the meaning of section 1915(g); and (2) the statutory exception provided in section 1915(g) did not apply because Plaintiff had not alleged facts plausibly showing that he was in "imminent danger of serious physical injury"

---

[1] For purposes of this section, "prisoner" includes anyone "incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."  28 U.S.C. § 1915(h).

based on the conditions existing at the time he filed this action. The Order required Plaintiff to pay the full filing fee within twenty-one (21) days of February 23, 2018, if Plaintiff wished to pursue this action. The Order also advised Plaintiff that failure timely to pay the full filing fee could result in dismissal of the action. Nevertheless, Plaintiff has failed to pay the full filing fee within the allotted time.

**ORDER**

For the foregoing reasons, the action is dismissed without prejudice for failure to pay the full filing fee in conformity with the Court's February 23, 2018 Order. See 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED: _____March 22\_\_, 2018.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE